In the Matter of the Application of ARGUS INVESTORS, INC., Petitioner, for a Prohibitive Order against Hon. GEORGE E. BROWER, Individually and as Justice of the Supreme Court of the State of New York, Respondent.— Motion for a restraining order denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ETHEL KURTH and Another, Respondents, v. KELSEY AVENUE CORPORATION, Appellant, and CUSHMAN'S SONS, INC., Defendant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

FRED WOLFF, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

JEAN AGNELLO, as Administratrix, etc., of FRANK AGNELLO, Deceased, Respondent-Appellant, v. JOSEPH WEISSGLASS, WEISSGLASS GOLD SEAL DAIRIES CORP. and LOUIS KEIPER, Respondents, and VINCENT CANGRO, Appellant. EDWARD CAGGIANO, Appellant, and JEAN ANGELLO, Respondent-Appellant, v. JOSEPH WEISSGLASS, WEISSGLASS GOLD SEAL DAIRIES CORP and LOUIS KEIPER, Respondents, and VINCENT CANGRO, Appellant-Respondent. HENRIETTA BIEDRZYCKA (FULLER), Appellant-Respondent, v. WEISSGLASS GOLD SEAL DAIRIES CORP., Respondent, and VINCENT CANGRO, Appellant.— On the court's own motion the decision of this court handed down November 4, 1940 [ante, p. 925], is amended to read as follows: Actions for damages for personal injuries and for wrongful death caused by the collision of an auto truck and another automobile. A Cadillac car owned and driven by respondent-appellant Cangro collided with a milk truck owned by respondents Joseph Weissglass and Weissglass Gold Seal Dairies Corp., and driven by respondent Louis Keiper. Several actions were brought against the owners and drivers of the two vehicles by certain plaintiffs, guests in the Cangro car, and by the administratrix of another guest, Frank Agnello, deceased. A jury found in favor of defendants Joseph Weissglass, Weissglass Gold Seal Dairies Corp., and Louis Keiper as to all the plaintiffs and as to defendant Vincent Cangro's cross-complaint, and in favor of Jean Agnello, individually and as administratrix of Frank Agnello, deceased, and Henrietta Biedrzycka (Fuller) against defendant Vincent Cangro. The plaintiffs and defendant Vincent Cangro appeal. Judgments and amended judgment unanimously affirmed, without costs. (Civ. Prac. Act, § 1493.) No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

MARY BARA, as Administratrix, etc., of FRANK BARA, Deceased, Appellant, v. BENJAMIN ANSH, Defendant, and TRIBORO COACH CORP., Respondent.— Action to recover damages for the death of plaintiff's intestate, alleged to have been caused by the negligent operation of the motor vehicles of the defendant and the respondent. Judgment in favor of the respondent, dismissing the complaint as to it at the close of the entire case, reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event. We are of opinion that a prima facie case was established in favor of the plaintiff. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.